IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hernandez, Hilda | Case Number: 07 B 14761 |
|---|---|---|
| | Hernandez, Andres | Judge: Wedoff, Eugene R |
| | Printed: 7/22/08 | Filed: 8/15/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: June 5, 2008
Confirmed: December 13, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,710.00 |  |
| Secured: |  | 152.04 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,465.62 |
| Trustee Fee: |  | 92.34 |
| Other Funds: |  | 0.00 |
| Totals: | 1,710.00 | 1,710.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gleason & Gleason | Administrative | 1,919.00 | 1,465.62 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Dell Financial Services, Inc | Secured | 201.59 | 152.04 |
| 4. | Wells Fargo Home Mortgage | Secured | 1,386.55 | 0.00 |
| 5. | Capital One | Unsecured | 391.53 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 4,242.81 | 0.00 |
| 7. | Midland Credit Management | Unsecured | 123.03 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 11,193.60 | 0.00 |
| 9. | Dell Financial Services, Inc | Unsecured | 583.28 | 0.00 |
| 10. | American General Finance | Unsecured | 2,134.20 | 0.00 |
| 11. | DaimlerChrysler Servs North America | Unsecured | 3,057.01 | 0.00 |
| 12. | Toyota Motor Credit Corporatio | Secured | | No Claim Filed |
| 13. | Internal Revenue Service | Secured | | No Claim Filed |
| 14. | Toyota Motor Credit Corporatio | Unsecured | | No Claim Filed |
| 15. | Sparacio Martin | Unsecured | | No Claim Filed |
| 16. | Allied Interstate | Unsecured | | No Claim Filed |
| 17. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 18. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 19. | Park Dansan | Unsecured | | No Claim Filed |
| 20. | Old Navy | Unsecured | | No Claim Filed |
| 21. | Trust Receivable Services | Unsecured | | No Claim Filed |
| 22. | Trust Receivable Services | Unsecured | | No Claim Filed |
| 23. | AFS | Unsecured | | No Claim Filed |
| 24. | Retail Services | Unsecured | | No Claim Filed |
| 25. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hernandez, Hilda  
Hernandez, Andres  
Printed: 7/22/08

Case Number: 07 B 14761  
Judge: Wedoff, Eugene R  
Filed: 8/15/07

26. Trust Receivable Services          Unsecured                          No Claim Filed

$ 25,232.60                $ 1,617.66

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 92.34 |

$ 92.34

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*